# UNITED STATES DISTRICT COURT

## District of Minnesota

Tania Lizbeth Vazquez Muniz

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, and David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00699-ADM/LIB**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based upon the status update 8 , this matter is now closed.

Date: 2/20/2026

KATE M. FOGARTY, CLERK